PATRICIA ANN HOMES, INC., Appellant, v. PAT DAMIANI, Individually and as Business Manager of Local 363 International Brotherhood of Electrical Workers, et al., Respondents.—

Munder, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.